19, 1973). This cause is, therefore, remanded to the Circuit Court of Will County with directions to modify the sentence herein so that the effective sentence as to defendant is for a minimum of one year and eight months and a maximum of five years, with directions also to credit defendant with 195 days, the time spent on probation. *Mittimus* should also be amended to reflect such modification. This cause is otherwise affirmed.

Affirmed as modified and remanded to the circuit court for further proceedings.

DIXON and SCOTT, JJ., concur.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* JACK AUSTIN REYNOLDS, Defendant-Appellant.

(No. 72-192;

Third District—October 26, 1973.

PER CURIAM.

James Geis, Deputy Defender, of Ottawa, for appellant.

Edward P. Drolet, State's Attorney, of Kankakee, for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* TONY BELLSON, Defendant-Appellant.

(No. 73-7;

Third District—October 25, 1973.

Frederick Cohn, of Chicago, for appellant.

David Thompson, Assistant State's Attorney, of Rock Island, for the People.

Mr. JUSTICE SCOTT delivered the opinion of the court:

Tony Bellson, defendant, was indicted in Rock Island County for the crime of selling heroin. The defendant pled guilty to one of the indict-